UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>                Plaintiff,<br><br>    v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 2:05-CV-02087 JAM-JFM<br><br>RELATED CASE ORDER |
| BNSF RAILWAY COMPANY and UNION PACIFIC RAILROAD COMPANY,<br><br>                Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>                Defendant. | Case No. 2:08-CV-02225 JAM-JFM |
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>                Plaintiff,<br><br>    v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and | Case No. 2:10-CV-00634 LKK-KJN |

PDF created with pdfFactory trial version www.pdffactory.com

```
 1 | DOES 1 through 100, inclusive,    )
                                      )
 2 |                  Defendants.     )
   |  _____
 3 |       Examination of the above-entitled actions reveals that these
 4 | actions are related within the meaning of Local Rule 123 (E.D. Cal.
 5 | 2005). Accordingly, the assignment of the matters to the same judge
 6 | and magistrate judge is likely to affect a substantial savings of
 7 | judicial effort and is also likely to be convenient for the
 8 | parties.
 9 |       The parties should be aware that relating the cases under
10 | Local Rule 123 merely has the result that these actions are
11 | assigned to the same judge and magistrate judge; no consolidation
12 | of the actions is effected.  Under the regular practice of this
13 | court, related cases are generally assigned to the judge and
14 | magistrate judge to whom the first filed action was assigned.
15 |       IT IS THEREFORE ORDERED that the action denominated 2:10-CV-
16 | 00634-LKK-KJN be reassigned to Judge John A. Mendez and Magistrate
17 | Judge John F. Moulds for all further proceedings, and any dates
18 | currently set in this reassigned case only are hereby VACATED.
19 | Henceforth, the caption on documents filed in the reassigned cases
20 | shall be shown as 2:10-CV-00634-JAM-JFM.
21 |       IT IS FURTHER ORDERED that the Clerk of the Court make
22 | appropriate adjustment in the assignment of civil cases to
23 | compensate for this reassignment.
24 |       IT IS SO ORDERED.
25 | Dated:  April 20, 2010.             /s/ John A. Mendez_____
                                         JOHN A. MENDEZ
26 |                                     United States District Judge
27 |
28 |
```

2

PDF created with pdfFactory trial version www.pdffactory.com